■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JIMMY L. UMANZOR, Appellant. [953 NYS2d 884]—Appeal by the

defendant from a judgment of the County Court, Suffolk County (Hinrichs, J.), rendered December 14, 2009, convicting him of murder in the second degree, upon his plea of guilty, and imposing sentence. Assigned counsel has submitted a brief in accordance with *Anders v California* (386 US 738 [1967]), in which he moves for leave to withdraw as counsel for the appellant.

Ordered that the judgment is affirmed.

We are satisfied with the sufficiency of the brief filed by the defendant's assigned counsel pursuant to *Anders v California* (386 US 738 [1967]), and, upon an independent review of the record, we conclude that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is, therefore, granted (*see Anders v California,* 386 US 738 [1967]; *Matter of Giovanni S. [Jasmin A.],* 89 AD3d 252 [2011]; *People v Paige,* 54 AD2d 631 [1976]; *cf. People v Gonzalez,* 47 NY2d 606 [1979]). Eng, P.J., Skelos, Chambers and Sgroi, JJ., concur.